TOWN OF IRVINGTON, IN THE COUNTY OF ESSEX, AP-
PELLANT, v. INDEPENDENT NEW JERSEY VEREIN,
RESPONDENT.

Argued October 30, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 102.

For the appellant, *Charles H. Stewart.*

For the respondent, *William Greenfield.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered in the Supreme
Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
TRENCHARD, PARKER, MINTURN, KATZENBACH, LLOYD,
WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HET-
FIELD, JJ. 13.

*For reversal*—None.